McGREGOR W. SCOT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>OSCAR C. WILSON,<br><br>　　　　　　　Defendant. | Case No. 1:20-po-00072-SAB<br><br>[Citation #9072853 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

　　　The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-po-00072-SAB [Citation #9072853 CA/74] against OSCAR C. WILSON without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 9, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　By:　/s/ William B. Taylor
　　　　　　　　　　　　　　　　　　　　　WILLIAM B. TAYLOR
　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:20-po-00072-SAB [Citation #9072853 CA/74] against OSCAR C. WILSON be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **July 10, 2020**

UNITED STATES MAGISTRATE JUDGE